# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JONATHAN LUTHER GRAYSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICER CATO, OFFICER GARRISON, ) <br> THREE UNKNOWN COURT BAILIFFS, ) <br> LIEUTENANT BARBOUR, CAPTAIN ) <br> LAMB, OFFICER BURROUGHS, ) <br> OFFICER SCOTT, OFFICER NEVELS, ) <br> OFFICER GIBSON, OFFICER ) <br> BERGERNON, OFFICER MORSE, ) <br> TWO UNIDENTIFIED OFFICERS, FIVE ) <br> UNIDENTIFIED NURSES, SERGEANT ) <br> LOVETT, SERGEANT MEEKS, ) <br> UNIDENTIFIED COUNSELOR, ) <br> DOCTOR JACOBSON, CAPTAIN ) <br> GILBERG, CORPORAL SMOOTLEE, ) <br> CORPORAL SMALLS, CORPORAL ) <br> STRICKLAND, SERGEANT BROWN, ) <br> COUNSELOR GORDON, COUNSELOR ) <br> MORGAN, OFFICER TAYLOR, ) <br> LIEUTENANT WILLIAMS, and ) <br> UNIDENTIFIED MAIL SORTER ) <br> ) <br> Defendants. ) | Case No. CV410-006 |

## **REPORT AND RECOMMENDATION**

On March 15, 2010, the Court advised civil rights plaintiff Jonathan Grayson that he had failed to state a claim for relief and

directed him to amend his complaint. (Doc. 7.) He filed an amended complaint that failed to cure the noted defects. (Doc. 8.) The Court again explained the deficiencies and gave Grayson another opportunity to amend (doc. 9), and on June 10, 2010, it instructed Grayson to submit his amended complaint within 30 days. (Doc. 12.) He has not done so. Since Grayson has apparently abandoned any effort to litigate his case, it should be **DISMISSED** without prejudice. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

**SO ORDERED** this 15th day of July, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA