FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 AUG -2 AM 10: 05
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JONATHAN LUTHER GRAYSON, )
)
    Plaintiff, )
)
v. ) Case No. CV410-006
)
OFFICER CATO, OFFICER GARRISON, )
THREE UNKNOWN COURT BAILIFFS, )
LIEUTENANT BARBOUR, CAPTAIN )
LAMB, OFFICER BURROUGHS, )
OFFICER SCOTT, OFFICER NEVELS, )
OFFICER GIBSON, OFFICER )
BERGERNON, OFFICER MORSE, )
TWO UNIDENTIFIED OFFICERS, FIVE )
UNIDENTIFIED NURSES, SERGEANT )
LOVETT, SERGEANT MEEKS, )
UNIDENTIFIED COUNSELOR, )
DOCTOR JACOBSON, CAPTAIN )
GILBERG, CORPORAL SMOOTLEE, )
CORPORAL SMALLS, CORPORAL )
STRICKLAND, SERGEANT BROWN, )
COUNSELOR GORDON, COUNSELOR )
MORGAN, OFFICER TAYLOR, )
LIEUTENANT WILLIAMS, and )
UNIDENTIFIED MAIL SORTER )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to

which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 2ND day of AUGUST, 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA